# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV12-01924 JAK (AGRx) | Date | September 5, 2012 |
|---|---|---|---|
| Title | Patricia Vincent v. Staples Contract and Commercial, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

Pursuant to the August 22, 2012 Order from Magistrate Judge Alicia G. Rosenberg, the parties have reached a settlement. Dkt. 17. If a dismissal is not filed by September 21, 2012, counsel are directed to contact Judge Rosenberg's Clerk as directed by the August 22, 2012 Order.

The Court vacates the September 10, 2012 Post Mediation Status Conference, March 11, 2013 Final Pretrial Conference, March 22, 2013 Exhibit Conference and March 26, 2013 Jury Trial.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |