# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA VINCENT, an individual, | Case No. CV12-01924 JAK (AGRx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING THE CASE WITH PREJUDICE   JS-6** |
| STAPLES, INC.; a Delaware Corporation and DOES 1 to 25, inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

DATED:  September 24, 2012

By _____
Honorable John A. Kronstadt
United States District Court Judge

**1**
**ORDER**

14862936v.1