# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA VINCENT, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>STAPLES, INC.; a Delaware Corporation and DOES 1 to 25, inclusive,<br><br>   Defendants. | Case No. CV12-01924 JAK (AGRx)<br><br>**ORDER DISMISSING THE CASE WITH PREJUDICE**  ==JS-6== |

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

DATED: September 24, 2012

By _____
   Honorable John A. Kronstadt
   United States District Court Judge

**1**
**ORDER**

14862936v.1